53 A.3d 652

SANG CHUL LEE AND JUN GIL LEE, PLAINTIFFS–
RESPONDENTS, v. YOUNG RAH, DEFENDANT–
APPELLANT.

September 24, 2012.

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 24th day of October, 2012.